SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 205-6560
cm@SoCalEAG.com

Attorneys for Plaintiff,
YURI DOERING

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YURI DOERING,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>JOSE LUIS RODRIGUEZ D/B/A RODRIGUEZ MINI MARKET 99 CENTS & UP; VICTOR RODRIGUEZ, AS TRUSTEE OF THE REVOCABLE LIVING TRUST OF VICTOR RODRIGUEZ AND ROSA MARIA QUINTERO; and DOES 1 to 10,<br><br>　　　　Defendants. | Case No.: 2:25-cv-01980-E<br><br>**NOTICE OF SETTLEMENT OF ENTIRE CASE** |

　　　Notice is hereby given that Plaintiff YURI DOERING ("Plaintiff") and Defendants have settled the above-captioned matter as to the entire case.  Parties request that the Court grant thirty (30) days from the date of this filing for Plaintiff to file dispositional documents in order to afford Parties time to complete settlement.

DATED:  June 16, 2025　　　　　　　　　SO. CAL EQUAL ACCESS GROUP


　　　　　　　　　　　　　　　　　　　　　　 */s/ Jason J. Kim*
　　　　　　　　　　　　　　　　　　　　　JASON J. KIM
　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff